Stevan D. Phillips, *Pro Hac Vice pending*
Brad S. Daniels, OSB No. 025178
Reed W. Morgan, OSB No. 140664
stevan.phillips@stoel.com
brad.daniels@stoel.com
reed.morgan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

    Attorneys for Defendant
    Health Net Health Plan of Oregon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **EILEEN FOX-QUAMME, LISA HESS, MARY REDFIELD, O.W.,** a minor child**, LEIGH ANN CHAPMAN,** and **JEFF CLARK,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**HEALTH NET HEALTH PLAN OF OREGON, INC.,** an Oregon corporation, and **AMERICAN SPECIALTY HEALTH GROUP, INC.,** a California corporation,<br><br>    Defendants. | Case No.: 3:15-cv-01248-BR<br><br>**ENTRY OF APPEARANCE** |

Page 1   -   Entry of Appearance

PLEASE TAKE NOTICE that Stevan D. Phillips (*Pro Hac Vice* pending) and Reed W. Morgan hereby enter their appearances in the above-captioned matter as counsel on behalf of Defendant, Health Net Health Plan of Oregon, Inc.

DATED: July 20, 2015.

                                      STOEL RIVES LLP

                                      /s/ Reed W. Morgan
                                    Stevan D. Phillips, Pro Hac Vice pending
                                    Brad S. Daniels, OSB No. 025178
                                    Reed W. Morgan, OSB No. 140664
                                    stevan.phillips@stoel.com
                                    brad.daniels@stoel.com
                                    reed.morgan@stoel.com
                                    STOEL RIVES LLP
                                    900 SW Fifth Avenue, Suite 2600
                                    Portland, OR  97204
                                    Telephone:  (503) 224-3380
                                    Facsimile:  (503) 220-2480

                                    Attorneys for Defendant
                                    Health Net Health Plan of Oregon, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I filed a copy of foregoing document with the Clerk of the Court for the United States District Court– District of Oregon by using the CM/ECF system. Participants in this Case No. 3:15-cv-01248-BR who are registered CM/ECF users will be served by the CM/ECF system.

- ☐ mailing with postage prepaid
- ☐ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the CM/ECF system

DATED:  July 20, 2010.

        STOEL RIVES LLP

        /s/  Reed W. Morgan
Stevan D. Phillips, Pro Hac Vice pending
Brad S. Daniels, OSB No. 025178
Reed W. Morgan, OSB No. 140664
stevan.phillips@stoel.com
brad.daniels@stoel.com
reed.morgan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Defendant
Health Net Health Plan of Oregon, Inc.