# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:15-CV-1248-BR

Plaintiff:
**Eileen Fox-Quamme, et al.,**

vs.

Defendant:
**Health Net Health Plan of Oregon, Inc., et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Health Net Health Plan of Oregon, Inc. c/o CT Corporation System, Registered Agent, 388 State St., Suite 420, Salem, OR 97301.**

I, Veronica T. Broeth, being duly sworn, depose and say that on the **14th day of July, 2015** at **1:11 pm, I:**

Served the within named corporation by delivering a true copy of a **Summons; Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge; Civil Case Management Time Schedules,** by personal service upon **Rylynn Poole, Service of Process Technician** who is authorized to accept service on behalf of the registered agent.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

Subscribed and Sworn to before me on the 15th day of July, 2015.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LEAH D GREINER
NOTARY PUBLIC - OREGON
COMMISSION NO. 475677
MY COMMISSION EXPIRES FEBRUARY 13, 2017

**Veronica T. Broeth**
Process Server

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2015008402
Ref: 11025-01

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t